**Order entered January 9, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00581-CV

### MAXIM N. MOYAL AND DANIEL I. MOYAL, Appellants

### V.

### SECURITY SERVICE FEDERAL CREDIT UNION, Appellee

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-15059**

## ORDER

Before the Court is appellee's January 4, 2019 opposed motion for leave to file a sur-reply brief. Attached to the motion is appellee's proposed brief.

We **GRANT** the motion and **ORDER** appellee to file the sur-reply brief no later than January 14, 2019. We caution the parties that further briefing should not be tendered to the Court without leave first being obtained.

/s/     ERIN A. NOWELL
        JUSTICE